# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE JOHNSON,<br>    Plaintiff,<br>v.<br>HOMEGOODS, INC.,<br>    Defendant. | Case No. 2:22-cv-01893-JCM-NJK<br><br>**Order** |

Defendant removed this case from state court to this Court on November 8, 2022. Docket No. 1. However, Defendant answered the complaint on March 8, 2022, while the case was still pending in state court. *See* Docket No. 1-3. Accordingly, the parties are hereby **ORDERED** to file, no later than December 16, 2022, a joint proposed discovery plan. In addition to the information required by Local Rule 26-1, the parties must also provide what, if any, discovery was completed while the case was pending in state court.

IT IS SO ORDERED.

Dated: December 2, 2022

                                                                                         _____
                                                                                         Nancy J. Koppe
                                                                                        United States Magistrate Judge