UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEPHANIE JOHNSON,

    Plaintiff,

v.

HOMEGOODS, INC.,

    Defendant.

Case No. 2:22-cv-01893-JCM-NJK

**Order**

[Docket No. 16]

    Pending before the Court is the parties' stipulation to extend discovery deadlines.[1] Docket No. 16. The parties seek a 60-day extension to the current discovery deadlines. *Id.* at 1. The parties submit that good cause exists to extend the discovery deadlines because they are trying to minimize discovery costs prior to a mediation. *Id.* at 2.

    The parties, in reality, seek a stay of discovery. However, they fail to address any of the relevant standards. *See id* at 1-2. To the extent the parties seek a stay of discovery, a request must be filed identifying the governing standards and providing meaningful discussion as to how they are met. *See, e.g., Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013); *Arik v. Meyers*, 2020 WL 515843, at *1 (D. Nev. Jan. 31, 2020).

    Accordingly, the parties' stipulation to extend discovery deadlines is **DENIED** without prejudice. Docket No. 16.

    IT IS SO ORDERED.

    Dated: January 27, 2023

                                                               Nancy J. Koppe
                                                               United States Magistrate Judge

---

[1] In the future, the parties must ensure that they use the correct case number on all filings.

1