

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Homegoods, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Stephanie Johnson, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>Homegoods, Inc., a foreign corporation doing business as Home Goods; TJX Companies, Inc., a foreign corporation doing business as Home Goods; Roe Manufacturers I through V; Does I through XX, and Roe Corporations I through XX, inclusive;<br><br>Defendant. | Case No.: 2:22-cv-1893<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss all claims in case 2:22-cv-1893, each to bear their own fees and costs. No trial date was scheduled.

| WILSON ELSER | CARVALHO & ASSOCIATES |
|---|---|
| */s/ Michael Lowry*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Jonathan C. Pattillo, Esq.<br>Nevada Bar No. 13929<br>Attorneys for Homegoods, Inc. | */s/ Maria Loventime U. Estanislao, Esq.*<br>Maria Loventime U. Estanislao, Esq.<br>Nevada Bar No. 8059<br>700 S. Third Street,<br>Las Vegas, NV 89101<br>Attorneys for Stephanie Johnson |

**IT IS SO ORDERED.** May 15, 2023.

_____
UNITED STATES DISTRICT JUDGE

281674857v.1

**Forrest, Jillian M.**

| | |
|---|---|
| **From:** | Maria Loventime (maria@carvalhoattorney.com) <maria@carvalhoattorney.com> |
| **Sent:** | Thursday, May 11, 2023 11:08 AM |
| **To:** | Forrest, Jillian M. |
| **Cc:** | Pattillo, Jonathan C. |
| **Subject:** | RE: Johnson v. HomeGoods - Settlement Check |

**[EXTERNAL EMAIL]**

You may affix my electronic signature.



Maria Loventime U. Estanislao, Esq.
700 S. Third Street
Las Vegas, Nevada 89101
Cell (702) 503-0192
Tel. (702) 276-0000
Fax (702) 384-1460

 

**From:** Forrest, Jillian M. <Jillian.Forrest@wilsonelser.com>
**Sent:** Thursday, May 11, 2023 11:05 AM
**To:** Maria Loventime (maria@carvalhoattorney.com) <maria@carvalhoattorney.com>
**Cc:** Pattillo, Jonathan C. <Jonathan.Pattillo@wilsonelser.com>
**Subject:** RE: Johnson v. HomeGoods - Settlement Check

Good Morning Maria - Please see the attached Stipulation and Order to Dismiss with Prejudice.  May we have your approval to affix your e-signature?

With Thanks,